UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | ED CV 17-01721-AB (ASx) | Date: | October 6, 2017 |

Title: Brian Salone v. Bank of America, N.A.

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): Attorney(s) Present for Defendant(s):

None Appearing None Appearing

**Proceedings:** [In Chambers] Order to Show Cause Regarding Dismissal for Lack of Prosecution

The instant case was removed to the Federal District Court on August 24, 2017. A response to the complaint is due 21 days after receiving a copy of the initial pleading, 21 days after being served with the summons, or 7 days after the notice of removal is filed. See Rule 81 of the Federal Rules of Civil Procedure.

It appears a response from defendant(s) has not been filed. Accordingly, the Court, on its own motion, orders plaintiff(s) to show cause in writing on or before **October 19, 2017** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff(s)/defendant(s) response.

If plaintiff(s)/defendant(s) files:

    An answer by the following defendant(s): **Bank of America, N.A.**

    Plaintiff(s) application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure as to the following defendant(s): **Bank of America, N.A.**

on or before the date indicated above, the Court will consider this a satisfactory response to the Order to Show Cause.