UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Salone<br><br>　　　　Plaintiff,<br><br>v.<br><br>Bank of America, N.A.<br><br>　　　　Defendants. | Case No. ED CV 17-01721-AB (ASx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 27, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE